# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **BRYAN KAWAND SIMS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 5:13-cv-385 (CAR) |
| | : | |
| **BRIAN OWENS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER ON REPORT AND RECOMMENDATION

Currently before the Court is the Recommendation [Doc. 51] of the United States Magistrate Judge that Defendants Brian Owens, Sheila Oubre, and Cherie Price's Motion for Summary Judgment be granted [Docs. 48 & 49]. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Defendants' Motion for Summary Judgment [Docs. 48 & 49]. is **GRANTED.**

SO ORDERED, this 10th day of August, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE
